## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Paldo Sign and Display Company

              Plaintiff,

v.                    Case No.: 1:17−cv−04155
                    Honorable Sara L. Ellis

Milwaukee Electric Tool Corporation, et al.

              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, October 17, 2017:

   MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation to dismiss, the Court dismisses this case with prejudice, with each party to bear its own costs and fees. Civil case terminated. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.